NOTE: CHANGES MADE BY THE COURT

JS-6

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

10  TRUSTEES OF THE SOUTHERN
    CALIFORNIA IBEW-NECA PENSION
11  PLAN, TRUSTEES OF THE SOUTHERN
    CALIFORNIA IBEW-NECA DEFINED
12  CONTRIBUTION TRUST FUND,
    TRUSTEES OF THE SOUTHERN
13  CALIFORNIA IBEW-NECA HEALTH
    TRUST FUND, TRUSTEES OF THE
14  SOUTHERN CALIFORNIA IBEW-NECA
    SUPPLEMENTAL UNEMPLOYMENT
15  BENEFIT TRUST FUND, TRUSTEES OF
    THE LOS ANGELES COUNTY
16  ELECTRICAL EDUCATIONAL AND
    TRAINING TRUST FUND, TRUSTEES
17  OF THE NATIONAL ELECTRICAL
    BENEFIT FUND, TRUSTEES OF THE
18  SOUTHERN CALIFORNIA IBEW-NECA
    LABOR-MANAGEMENT
19  COOPERATION COMMITTEE,
    TRUSTEES OF THE NATIONAL NECA-
20  IBEW LABOR-MANAGEMENT
    COOPERATION COMMITTEE TRUST
21  FUND, CONTRACT COMPLIANCE
    FUND, LOS ANGELES ELECTRICAL
22  WORKERS CREDIT UNION, and
    SOUTHERN CALIFORNIA IBEW-NECA
23  ADMINISTRATIVE CORPORATION,

24                    Plaintiffs,

25           v.

26  CALIFORNIA STREET LIGHTING, a
    California corporation,
27
                      Defendant.
28

Case No. 5:22-cv-00159 – ODW (SK)

Assigned to the Honorable Otis D. Wright, II

**JUDGMENT**

This action having been commenced on January 26, 2022, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund, Los Angeles Electrical Workers Credit Union, and Southern California IBEW-NECA Administrative Corporation, shall recover from Defendant, California Street Lighting, a California corporation, the principal amount of $33,581.71, plus pre-judgment and post-judgment interest thereon at the rate of 8% per annum from April 15, 2022, until paid in full.

As the issues in this action have been resolved, and judgment has been entered, the Clerk of the Court shall close this case.

Dated: April 29, 2022       __ _____

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] JUDGMENT**

1626338